# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LORI PIFER,

    Plaintiff,

v.

TRINITY HEALTH CORPORATION,

    Defendant.

Case No. 21-cv-12560
Hon. Matthew F. Leitman

| | |
|---|---|
| Noah S. Hurwitz (P74063) | David M. Cessante (P58796) |
| Kara F. Krause (P85487) | Brian D. Shekell (P75327) |
| Grant Vlahopoulos (P85633) | Clark Hill, PLC |
| Hurwitz Law PLLC | Attorneys for Defendant |
| *Attorneys for Plaintiff* | 500 Woodward Avenue Ste 3500 |
| 617 Detroit Street Ste 125 | Detroit, MI 48226 |
| Ann Arbor, MI 48104 | (313) 965-8300 |
| (844) 487-9489 | dcessante@clarkhill.com |
| noah@hurwitzlaw.com | bshekell@clarkhill.com |
| kara@hurwitzlaw.com | |
| grant@hurwitzlaw.com | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between counsel for Plaintiff Lori Pifer and Defendant Trinity Health Corporation, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

ClarkHill\40803\437009\268511772.v1-9/13/22

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff, Lori Pifer, has joined all claims that she has had at any time up to the entry of this order against Trinity Health Corporation, St. Joseph Mercy Chelsea, Inc., and their predecessors, successors, parents, subsidiaries, affiliates, related entities, past and current officers, trustees, directors, board members, employees, agents, attorneys, insurance carriers and assigns; and

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded to any party.

This order disposes of all claims and closes the case.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2022

Stipulated to by:

| | |
|---|---|
| /s/ *Noah S. Hurwitz* | /s/ *David M. Cessante* |
| Noah S. Hurwitz (P74063) | David M. Cessante (P58796) |
| Hurwitz Law PLLC | Clark Hill, PLC |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| noah@hurwitzlaw.com | dcessante@clarkhill.com |

Dated: September 13, 2022